UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-2228<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Frederick Bertrand, individually and on behalf of Nancy Bertrand,<br>                    Plaintiff,<br>        vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, FREDERICK BERTRAND, INDIVIDUALLY AND ON BEHALF OF NANCY BERTRAND, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: April 11, 2007 | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |
| 2 | | |
| 3 | | By: /s/ Navan Ward Jr. |
| 4 | | Navan Ward, Jr. |
| | | Jere L. Beasley |
| 5 | | Gerald B. Taylor |
| | | Andy D. Birchfield |
| 6 | | Attorneys for Plaintiff, Frederick Bertrand, individually and on behalf of Nancy Bertrand |
| 7 | | |
| 8 | DATED: 4/10, 2007 | IRWIN FRITCHIE URQUHART & MOORE LLC |
| 9 | | |
| 10 | | By: /s/ Stuart M. Gordon |
| | | Quentin F. Urquhart, Jr. |
| 11 | | Camala E. Capodice |
| | | Attorneys for Defendants |
| 12 | | |
| 13 | | |
| 14 | DATED: 4-10, 2007 | GORDON & REES |
| 15 | | By: /s/ Stuart M. Gordon |
| 16 | | Stuart M. Gordon |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 20, 2007

_____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE